[No. 4165–1. Division One. June 27, 1977.]

*In the Matter of the Marriage of* SUSANNE WIPRUD CONNOLLY, *Respondent, and* MICHAEL GEORGE CONNOLLY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. D–74036, Eugene G. Cushing, J. Pro Tem.,

entered September 23, 1975. *Affirmed* by unpublished per curiam opinion.